United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURFACE SUPPLIED INC.,

    Plaintiff,

  v.

KIRBY MORGAN DIVE SYSTEMS, INC.,

    Defendant.
_____/

No. C 13-575 MMC

**ORDER CONTINUING MAY 17, 2013 CASE MANAGEMENT CONFERENCE**

In light of the pending "Motion to Dismiss Action; or in the Alternative, Transfer Venue," the May 17, 2013 Case Management Conference is hereby CONTINUED to June 28, 2013.

**IT IS SO ORDERED.**

Dated: May 10, 2013

MAXINE M. CHESNEY
United States District Judge