IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACE SUPPLIED INC., <br><br> Plaintiff, <br><br> v. <br><br> KIRBY MORGAN DIVE SYSTEMS, INC., <br><br> Defendant. _____/ | No. C 13-575 MMC <br><br> **ORDER CONTINUING MAY 17, 2013 CASE MANAGEMENT CONFERENCE** |

   In light of the pending "Motion to Dismiss Action; or in the Alternative, Transfer Venue," the May 17, 2013 Case Management Conference is hereby CONTINUED to June 28, 2013.

   **IT IS SO ORDERED.**

Dated: May 10, 2013

MAXINE M. CHESNEY
United States District Judge