United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURFACE SUPPLIED INC.,

    Plaintiff,

  v.

KIRBY MORGAN DIVE SYSTEMS, INC.,

    Defendant.
_____/

No. C 13-575 MMC

**ORDER VACATING MAY 17, 2013 HEARING ON MOTION**

    Before the Court is defendant Kirby Morgan Dive Systems, Inc.'s ("Kirby Morgan") motion, filed April 8, 2013, to dismiss the above-titled action, or, in the alternative, to transfer venue. Plaintiff has filed opposition to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matters suitable for decision thereon, and hereby VACATES the hearing scheduled for May 17, 2013.

    **IT IS SO ORDERED.**

Dated: May 13, 2013

MAXINE M. CHESNEY
United States District Judge