IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SURFACE SUPPLIED, INC.,

    Plaintiff,

v.

KIRBY MORGAN DIVE SYSTEMS, INC.,

    Defendant.

No. C-13-0575 MMC

**ORDER VACATING SEPTEMBER 20, 2013, HEARING ON MOTION TO DISMISS COUNTER-DEFENDANT'S SECOND AND THIRD COUNTERCLAIMS AND MOTION TO STRIKE**

    Before the Court is counterclaimant Kirby Morgan Dive Systems, Inc.'s "Motion to Dismiss Counter-Defendant's Second and Third Counterclaims . . . and Motion to Strike Counter-Defendant's Affirmative Defenses," filed August 16, 2013.  Counter-defendant Surface Supplied has filed opposition to the motion, to which Kirby Morgan has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for SEPTEMBER 20, 2013.

    **IT IS SO ORDERED.**

Dated: SEPTEMBER 17, 2013

MAXINE M. CHESNEY
United States District Judge