CISLO & THOMAS LLP
Attorneys at Law
1333 2nd Street, SUITE 500
SANTA MONICA, CALIFORNIA 90401
Telephone: (310) 451-0647   Facsimile: (310) 394-4477

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACE SUPPLIED, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KIRBY MORGAN DIVE SYSTEMS, INC., a California Corporation,<br><br>    Defendant.<br><br>_____<br><br>KIRBY MORGAN DIVE SYSTEMS, INC., a California corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>SURFACE SUPPLIED, INC., a California Corporation, HELIOX TECHNOLOGIES, INC., a California corporation, JASON VAN DER SCHYFF, an individual, and DOES 1-9, inclusive,<br><br>    Counterdefendants. | CASE NO. CV 13-0575 MMC<br><br>[Hon. Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING KIRBY MORGAN DIVE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** ;<br>DIRECTIONS TO DEFENDANT |

# [PROPOSED] ORDER

Kirby Morgan Dive Systems, Inc. ("Kirby Morgan") has applied to this Court for an order allowing it to file under seal Exhibit B to the Sandelands Declaration. Exhibit B comprises selected pages from the transcript of the August 26, 2013 deposition of Surface Supplied's 30(b)(6) witness, Jason Van der Schyff. The portions of the deposition transcript sought to be filed under seal were designated by Surface Supplied as being "ATTORNEY'S EYES ONLY" pursuant to the parties' proposed protective order submitted to the Court for approval on September 11, 2013 (see, Docket No. 37).

Upon considering Kirby Morgan's motion and any opposition, as well as any oral argument presented before the Court, this Court finds that Kirby Morgan has demonstrated good cause to file the referenced document under seal, and therefore,

Accordingly,

**IT IS HEREBY ORDERED THAT**:

Kirby Morgan's Administrative Motion to File Documents Under Seal is **GRANTED**.

Defendant shall file, no later than October 11, 2013: (1) an unredated version of Exhibit B to the Sandelands Declaration under seal, and (2) a redacted version of said exhibit in the public record.

**IT IS SO ORDERED**.

Date: October 7, 2013, 2013

Hon. Maxine M. Chesney
United States District Judge

Respectfully submitted,
CISLO & THOMAS, LLP

By:   s/Daniel M. Cislo
      Daniel M. Cislo
      David B. Sandelands
      Attorneys for Defendant and Counterclaimant,
      KIRBY MORGAN DIVE SYSTEMS, INC.