IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACE SUPPLIED, INC., | No. C 13-0575 MMC |
| Plaintiff, | **ORDER VACATING NOVEMBER 1, 2013, HEARING ON DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS** |
| v. | |
| KIRBY MORGAN DIVE SYSTEMS, INC., | |
| Defendant. | |

    Before the Court is defendant Kirby Morgan Dive Systems, Inc.'s Motion to Amend Scheduling Order and for Leave to File First Amended Counterclaims, filed September 27, 2013. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for November 1, 2013.

    **IT IS SO ORDERED.**

Dated: October 30, 2013

_____
MAXINE M. CHESNEY
United States District Judge