1  CASCIO & ZERVAS
   Anthony T. Cascio (88062)
2  485 Broadway Ave., Ste. 800
   Millbrae, CA 94030-1923
3  Telephone: (650) 777-0071
   atcascio@cascioiplaw.com
4
   ALIOTO & ALIOTO LLP
5  John I. Alioto (107722)
   1127 Pope Street, Suite 201
6  St. Helena, CA 94574-1281
   Telephone:  (707) 963-0606
7  Facsimile: (707) 963-5128
   jalioto@alioto.com
8
   Attorneys for Plaintiff SURFACESUPPLIED INC.
9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12

13  SURFACESUPPLIED INC., a California  ) Case No.  C 13-0575 MMC
    corporation,                        )
14                  Plaintiff,          ) (Proposed) **ORDER DENYING KIRBY**
                                        ) **MORGAN DIVE SYSTEMS, INC.'S**
15          v.                          ) **ADMINISTRATIVE MOTION TO FILE**
                                        ) **DOCUMENT UNDER SEAL IN**
16  KIRBY MORGAN DIVE SYSTEMS, INC.,    ) **SUPPORT OF MOTION TO STRIKE**
    a California corporation,           ) **COUNTER-DEFENDANT'S**
17                                      ) **AFFIRMATIVE DEFENSES ETC.**
                    Defendant.          )
18  _____ ) Date: December 20, 2013
                                        ) Time: 9:00 a.m.
19  AND RELATED COUNTERCLAIMS.          ) Courtroom:  No. 7, 19th Floor
                                        )
20  _____ )

21

22      Before the Court is defendant's Motion to File Documents Under Seal in Support of

23  Motion to Strike, filed November 12, 2013, wherein defendant seeks leave to file under seal

24  an exhibit consisting of pages from a deposition given by plaintiff's CEO Jason Van der

25  Schyff which testimony, defendant states, is "subject to the Protective Order entered in this

26  case ..."  (See Mot. at 2.)

27      However, the designating party has filed a declaration under Civil L.R. 79-5(d) stating

28  that the documents in question ~~have not been~~ no longer need be designated as confidential pursuant to the

                            1       PROPOSED ORDER RE: ADMINISTRATIVE MOTION

1  Protective Order.

2      Accordingly, defendant's motion for administrative relief is hereby DENIED.

3      Defendant is hereby DIRECTED to file in the public record, no later than ~~November~~ December

4  _9_ , 2013, the above-referenced exhibit.

5      **IT IS SO ORDERED.**

7  Dated: ~~November~~ December ___, 2013

    _____
    MAXINE M. CHESNEY
    United States District Judge