CASCIO & ZERVAS
Anthony T. Cascio (88062)
485 Broadway Ave., Ste. 800
Millbrae, CA 94030-1923
Telephone: (650) 777-0071
atcascio@cascioiplaw.com

ALIOTO & ALIOTO LLP
John I. Alioto (107722)
1127 Pope Street, Suite 201
St. Helena, CA 94574-1281
Telephone:  (707) 963-0606
Facsimile: (707) 963-5128
jalioto@alioto.com

Attorneys for Plaintiff SURFACESUPPLIED INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACESUPPLIED INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KIRBY MORGAN DIVE SYSTEMS, INC., a California corporation,<br><br>　　　　　　Defendant.<br>_____<br><br>AND RELATED COUNTERCLAIMS.<br>_____ | Case No.  C 13-0575 MMC<br><br>~~(Proposed)~~ **ORDER DENYING KIRBY MORGAN DIVE SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF MOTION TO STRIKE COUNTER-DEFENDANT'S AFFIRMATIVE DEFENSES ETC.**<br><br>Date: December 20, 2013<br>Time: 9:00 a.m.<br>Courtroom:  No. 7, 19th Floor |

　　　Before the Court is defendant's Motion to File Documents Under Seal in Support of Motion to Strike, filed November 12, 2013, wherein defendant seeks leave to file under seal an exhibit consisting of pages from a deposition given by plaintiff's CEO Jason Van der Schyff which testimony, defendant states, is "subject to the Protective Order entered in this case ..." (See Mot. at 2.)

　　　However, the designating party has filed a declaration under Civil L.R. 79-5(d) stating that the documents in question ~~have not been~~ no longer need be designated as confidential pursuant to the

1  Protective Order.

2      Accordingly, defendant's motion for administrative relief is hereby DENIED.

3      Defendant is hereby DIRECTED to file in the public record, no later than ~~November~~ December

4  _9_ , 2013, the above-referenced exhibit.

5  **IT IS SO ORDERED.**

6

7  Dated: ~~November~~ December 5, 2013

                                          _/s/ Maxine M. Chesney_

8                                         MAXINE M. CHESNEY
                                       United States District Judge