Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
David B. Sandelands, Esq., No. 198,252
   *dsandelands@cislo.com*
Mark D. Nielsen, Esq., No, 210,023
   *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477

Attorneys for Defendant/Counterclaimant,
KIRBY MORGAN DIVE SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACE SUPPLIED, INC., a California corporation, <br><br>          Plaintiff/Counter-Defendant, <br><br> vs. <br><br> KIRBY MORGAN DIVE SYSTEMS, INC., a California Corporation, <br><br>          Defendant/Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS AND COUNTERCLAIMS-IN REPLY | CASE NO. CV 13-0575 MMC <br><br> [Hon. Maxine M. Chesney] <br><br> **JOINT STIPULATION RE WAIVER OF SERVICE BY HELIOX, INC. AND JASON VAN DER SCHYFF AND SETTING DEADLINES FOR COUNTER-DEFENDANTS TO RESPOND TO AMENDED COUNTERCLAIMS OF KIRBY MORGAN DIVE SYSTEMS, INC.**; ORDER THEREON |

Whereas, on September 27, 2013, Kirby Morgan Dive Systems, Inc. ("Kirby Morgan") filed a Motion for Leave to File First Amended Counterclaims and Amend Scheduling Order (the "Motion"), i.e. *see* Docket Entry No. 47;

Whereas, on December 5, 2013, the Court granted Kirby Morgan's Motion, ordering that the amended counterclaims be filed within 10 days of the date of the order, i.e. *see* Docket Entry No. 69;

Whereas, on December 12, 2013, Kirby Morgan filed its First Amended Counterclaims, i.e. *see* Docket Entry No. 75;

Whereas, the First Amended Counterclaims add new parties, Heliox, Inc. ("Heliox"), a California corporation, and Jason Van der Schyff ("Van der Scyff"), an individual residing in California;

Whereas, on December 17, 2013, John I. Alioto, Esq., presently counsel for Surface Supplied, Inc., indicated to Kirby Morgan's counsel, Daniel M. Cislo, Esq., that he and Tony P. Cascio, Esq., also presently counsel for Surface Supplied in this action, would be representing Heliox and Van der Schyff and that they were authorized to accept service of the First Amended Counterclaims on behalf of Heliox and Van der Schyff;

Whereas, on December 17, 2013, counsel for the parties agreed that Heliox and Van der Schyff would waive service of process in this action;

Whereas, on December 17, 2013, counsel for the parties agreed that, due to the upcoming holidays, Heliox and Van der Schyff's responsive pleading to Kirby Morgan's First Amended Counterclaims would be due on January 27, 2014;

2

Whereas, on December 17, 2013, counsel for the parties agreed that, due to the upcoming holidays, Surface Supplied's responsive pleading to Kirby Morgan's First Amended Counterclaims would be due on January 10, 2014;

Whereas, this stipulation is not being entered into for purposes of delay; and

Whereas the parties desire that the aforementioned deadlines be entered as an order of the Court.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, by and through their respective counsel, that:

1. Surface Supplied's responsive pleading to Kirby Morgan's First Amended Counterclaims shall be due on January 10, 2014;

2. Heliox and Van der Schyff waive service of the First Amended Counterclaims; and

3. Heliox and Van der Schyff's responsive pleading to Kirby Morgan's First Amended Counterclaims shall be due on January 27, 2014.

Nothing in this stipulation shall represent a waiver or relinquishment of any rights, claims or defenses of the parties.

Dated: December 19, 2013           CISLO & THOMAS, LLP

                              By:   s/Daniel M. Cislo
                                    Daniel M. Cislo

3

|  | Attorneys for Defendant/Counterclaimant, KIRBY MORGAN DIVE SYSTEMS, INC. |
|---|---|
| Dated: December 19, 2013 | ALIOTO & ALIOTO, LLP |
| By: | s/John I. Alioto (with permission)<br>John I. Alioto |
|  | Attorneys for Plaintiff/Counter-Defendant, SURFACESUPPLIED, INC. and Counter-Defendants HELIOX, INC. and JASON VAN DER SCHYFF |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: December 20, 2013   By: *[signature]*

Hon. Maxine M. Chesney
United States District Judge

4