Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
David B. Sandelands, Esq., No. 198,252
  *dsandelands@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477

Attorneys for Defendant/Counterclaimant,
KIRBY MORGAN DIVE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACE SUPPLIED, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>KIRBY MORGAN DIVE SYSTEMS, INC., a California Corporation,<br><br>          Defendant.<br><hr>KIRBY MORGAN DIVE SYSTEMS, INC., a California Corporation,<br><br>          Counterclaimant,<br><br>     vs.<br><br>SURFACE SUPPLIED, INC., a California corporation; Heliox TECHNOLOGIES, INC., a California corporation; and JASON VAN DER SCHYFF, an individual, and DOES 1-9,<br><br>          Counter-Defendants. | CASE NO. CV 13-0575 MMC<br><br>[Hon. Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL** |

1

[Proposed] Order Granting Joint Admin. Motion to File
Settlement Agreement Under Seal
Case No. C 13-0575 MMC

**[PROPOSED] ORDER**

The parties to this action ("the Parties") have applied to this Court for an order allowing them to file under seal Exhibit A to the Declaration of Daniel M. Cislo.  Exhibit A comprises an executed copy of the Parties' settlement agreement.  The Parties desire to file the agreement under seal in order to protect the confidentiality of business information referenced in the agreement.

Upon consideration of the Parties' Joint Motion, this Court finds that the Parties have demonstrated good cause to file the referenced document under seal, and therefore,

Accordingly,

**IT IS HEREBY ORDERED THAT**:

The Parties' Administrative Motion to File Settlement Agreement Under Seal is **GRANTED**.

**IT IS SO ORDERED**.

Date: __March 21__, 2014

_____
Hon. Maxine M. Chesney
United States District Judge


Respectfully submitted,
CISLO & THOMAS, LLP


By:   /s/Daniel M. Cislo
      Daniel M. Cislo
      David B. Sandelands
      Mark D. Nielsen
      Attorneys for Defendant and Counterclaimant,
      KIRBY MORGAN DIVE SYSTEMS, INC.

2

[Proposed] Order Granting Joint Admin. Motion to File
Settlement Agreement Under Seal
Case No. C 13-0575 MMC