Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
David B. Sandelands, Esq., No. 198,252
   *dsandelands@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
   *mnielsen@cislo.com*
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Defendant/Counterclaimant,
KIRBY MORGAN DIVE SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURFACE SUPPLIED, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KIRBY MORGAN DIVE SYSTEMS, INC., a California Corporation, <br><br> Defendant. <br><hr> KIRBY MORGAN DIVE SYSTEMS, INC., a California Corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> SURFACE SUPPLIED, INC., a California corporation; Heliox TECHNOLOGIES, INC., a California corporation; and JASON VAN DER SCHYFF, an individual, and DOES 1-9, <br><br> Counter-Defendants. | CASE NO. CV 13-0575 MMC <br><br> [Hon. Maxine M. Chesney] <br><br> **[PROPOSED]** **ORDER OF DISMISSAL PURSUANT TO RULE OF CIVIL PROCEDURE 41(a)(2)** |

**[PROPOSED] ORDER**

Plaintiff and Counter-Defendant Surface Supplied, Inc. ("Surface Supplied"), Counter-Defendant Heliox Technologies, Inc. ("Heliox"), Counter-Defendant Jason Van der Schyff ("Van der Schyff") and Defendant and Counterclaimant Kirby Morgan Dive Systems, Inc. ("Kirby Morgan") (collectively "the Parties") have jointly moved this Court for an order of dismissal pursuant to *Rule of Civil Procedure 41(a)(2)*. The Parties request that the Court incorporate the terms of the parties' settlement agreement into the dismissal order by reference and that the Court retain jurisdiction to enforce the agreement under the authority of *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375, 381-382, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994). The Court finds that the Parties' settlement agreement is complete; includes a statement that the Court retain jurisdiction to enforce the agreement; and, has been executed by the Parties.

Proof having been made to the satisfaction of the Court that the Motion should be granted, and good cause appearing therefore,

**THE COURT HEREBY ORDERS, ADJUDGES AND DECREES that:**

(1) Pursuant to *Rule of Civil Procedure 41(a)(2),* this action is dismissed, in its entirety, with prejudice;

(2) The terms of the Parties' settlement agreement, filed March 20, 2014, as Exhibit A to the Declaration of Daniel M. Cislo, are incorporated herein by reference; and

(3) The Court shall retain jurisdiction of this matter to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**.

Date: __March 21____, 2014

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge

Respectfully submitted,
CISLO & THOMAS, LLP


By:     /s/Daniel M. Cislo
        Daniel M. Cislo
        David B. Sandelands
        Mark D. Nielsen
        Attorneys for Defendant and Counterclaimant,
        KIRBY MORGAN DIVE SYSTEMS, INC.